1  Ronald P. Rives, Esq. (SBN 58130)
   R. Paul Rives, Esq. (SBN 272573)
2  Law Offices of Rives & Rives
   2211 Railroad Avenue
3  Pittsburg, CA 94565
   Telephone: (925) 432-3511
4  Facsimile: (925) 432-3516
   rpr@riveslaw.com
5

6  Marcus T. Brown (SBN 255662)
   Law Office of Marcus T. Brown
7  3100 Oak Road, Suite 100
   Walnut Creek, CA 94597
8  (925) 482-8975 / (982) 482-8950 (Fax)
   marcus@marcusbrownlaw.com
9

10 Attorneys for Plaintiff
   EPIFANIA NACNAC
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14 EPIFANIA NACNAC                    )  Case No.:
                                      )
15                    Plaintiff,      )  COMPLAINT; AND DEMAND FOR JURY
                                      )  TRIAL
16         v.                         )
                                      )
17 UNITED STATES OF AMERICA,          )
   STEPHANIE POWELL; and              )
18 DOES 1 THROUGH 25, inclusive,      )
                                      )
19                    Defendants.     )
                                      )
20                                    )
                                      )
21 _____ )

22       Plaintiff EPIFANIA NACNAC ("Plaintiff"), alleges as follows:

23                         **JURISDICTION**

24       1.      This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671.

25       2.      The Federal District Court has jurisdiction for this case under the provisions of 28

26 U.S.C.A. § 1346, as the UNITED STATES OF AMERICA is a defendant.

27 ///

28 ///

3.    Plaintiff has complied with the requirements of the Federal Tort Claims Act, and has filed a Claim which was rejected by the DEPARTMENT OF THE AIR FORCE, as an agency of the Defendant UNITED STATES OF AMERICA, in writing mailed on or about May 8, 2017.

**VENUE**

4.    Plaintiff is, and at all times mentioned herein was, an individual residing in the County of Contra Costa, State of California. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(e) because Plaintiff resides in this district.

**INTRADISTRICT ASSIGNMENT**

5.    This suit should be assigned to the San Francisco or Oakland Division of this Court as Plaintiff Nacnac resides in the City of Pittsburg, Contra Costa County, State of California.

**PARTIES**

6.    Plaintiff is a natural person and is a resident of Contra Costa County, California.

7.    Defendant UNITED STATES OF AMERICA is a proper defendant under the Federal Tort Claims Act, because the injuries and damages set forth herein were caused by an employee of the UNITED STATES OF AMERICA acting within the scope of her employment for the Department of the Air Force, an agency of the Defendant UNITED STATES OF AMERICA.

8.    At all times mentioned herein Defendant STEPHANIE POWELL was a lieutenant commissioned in the United States Air Force and was employed at the DAVID GRANT MEDICAL CENTER.  All of the actions alleged herein on the part of Lt. Powell were taken in the course and scope of her employment for the UNITED STATES OF AMERICA at the DAVID GRANT MEDICAL CENTER and for the DEPARTMENT OF THE AIR FORCE.

9.    Plaintiff is unaware of the true names and capacities of the Defendants named herein as DOES 1 through 25, inclusive, and therefore sues these Defendants under such fictitious names. Plaintiff will amend her Complaint to allege their true names and capacities when this information is ascertained. Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants are indebted and/or liable to Plaintiff as alleged herein.

10.   Plaintiff is further informed and believes, and on that basis alleges, that at all times relevant to this Complaint, each Defendant was the agent, partner, joint venturer, alter-ego,

1  employee, employer, officer, representative, agent and/or principal of each of the remaining

2  Defendants and was/were acting within the course, scope and authority of that agency, employment

3  and/or relationship in committing the acts or omissions herein alleged.

4      11.    Plaintiff is informed and believes, and on that basis alleges, that at all times

5  mentioned herein, that those Defendants identified as Does 1- 10, inclusive were acting within the

6  scope of their employment for the Defendant UNITED STATES OF AMERICA.

7                                    **<u>FACTS</u>**

8      12.    At all times mentioned herein, DAVID GRANT MEDICAL CENTER was, and is, a

9  medical center owned, operated, managed, designed, constructed and maintained by the

10  DEPARTMENT OF THE AIR FORCE, which is an agency of the Defendant UNITED STATES OF

11  AMERICA and is located on the Travis Air Force Base in Solano County, California.

12      13.    On November 10, 2015 at about 12:00-1:00 p.m., Plaintiff (then age 76) was visiting

13  her husband who was hospitalized at the David Grant Medical Center, operated by the Department

14  of the U.S. Air Force.  As Plaintiff was walking down the hall of the David Grant Medical Center,

15  Defendant Air Force Lt. Stephanie Powell, and Does 1- 10 acting in the course and scope of their

16  employment for the UNITED STATES OF AMERICA, negligently pushed a procedure cart into

17  Plaintiff causing her to fall and be injured.

18      14.    As a proximate result of the acts of defendants and each of them as alleged herein,

19  plaintiff was hurt and injured in her health, strength, and activity, sustaining injury to her nervous

20  system and person, all of which have caused, and continue to cause, plaintiff great mental, physical,

21  and nervous pain and suffering.  Plaintiff is informed and believes and thereon alleges that these

22  injuries will result in some permanent disability to her.  As a result of these injuries, plaintiff has

23  suffered general damages for which compensation is prayed in the amount of $250,000.00.

24      15.    As a further proximate result of defendant's acts, plaintiff has been damaged in that

25  she has been required to expend money and incur obligations for medical services, x-rays, drugs, and

26  sundries reasonably required in the treatment and relief of the injuries herein alleged. Plaintiff will

27  seek leave to amend this Complaint to allege the exact amount of her damages when the same have

28  been finally ascertained.

1      **WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as

2 follows:

3      1.     For non-economic loss and general damages in the amount of $250,000.00;

4      2.     For economic loss and damages for medical and incidental expenses according to

5 proof;

6      3.     For costs of suit; and

7      4.     For such other and further relief as this Court may deem fair, just and proper.

8

9      Dated November 2, 2017.     LAW OFFICES OF RIVES & RIVES

10

11              /s/Ronald P. Rives
             Ronald P. Rives, Esq.
             Attorney for Plaintiff

12              EPIFANIA NACNAC

13

14      Dated November 2, 2017.     LAW OFFICE OF MARCUS T. BROWN

15

16              /s/Marcus T. Brown
             Marcus T. Brown, Esq.
             Attorney for Plaintiff

17              EPIFANIA NACNAC

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.


Dated November 2, 2017.                    LAW OFFICES OF RIVES & RIVES


                                   /s/Ronald P. Rives
                                   Ronald P. Rives, Esq.
                                   Attorney for Plaintiff
                                   EPIFANIA NACNAC


Dated November 2, 2017.                    LAW OFFICE OF MARCUS T. BROWN


                                   /s/Marcus T. Brown
                                   Marcus T. Brown, Esq.
                                   Attorney for Plaintiff
                                   EPIFANIA NACNAC