UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EPIFANIA NACNAC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. CV-17-6415 JSC

**ORDER RE DISPUTE ABOUT QUALITY ASSURANCE DOCUMENTS**

Re: Dkt. No. 27

The Court is in receipt of a discovery dispute joint letter brief from the parties. (Dkt. No. 27.) Defendant claims it inadvertently produced absolutely privileged quality assurance records and seeks an order requiring Plaintiff to return the documents. Plaintiff contends the documents are not quality assurance documents, but instead comprise an incident report which Defendant knowingly and intentionally produced. The Court previously ordered Defendant to produce the documents for *in camera* review, which it did on November 14, 2018.

After having reviewed the documents, the Court finds that all are "[m]edical quality assurance records created by or for the Department of Defense as part of a medical quality assurance program" and thus fall within 10 U.S.C. § 1102. As a result, such documents are confidential and privileged and may not be disclosed except in certain limited circumstances, none of which apply here. Thus, Defendant's employee erred in providing the documents to Plaintiff.

Plaintiff's contention that Defendant waived the privilege is unpersuasive in light of the statute's mandatory and unequivocal language. Nonetheless, the Court agrees that Defendant unreasonably delayed in clawing the documents back and that if discovery had closed Plaintiff would be prejudiced by that delay. At the parties' request, however, the Court has extended the fact discovery cut off. Defendant shall cooperate with Plaintiff to ensure she obtains the necessary discovery in light of Defendant's claw back of documents it intentionally provided to Plaintiff.

This Order disposes of Docket No. 27.

IT IS SO ORDERED.

Dated: November 20, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge